UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE KINNARD,

      Plaintiff,

v.                                            Case No. 8:09-cv-628-T-24-AEP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion to Remand (Doc. 15). The United States Magistrate Judge considered this Motion pursuant to a specific order of referral. Magistrate Judge Porcelli has filed his report recommending that the Motion be DENIED (Doc. 18). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed Objections on April 21, 2010 (Doc. 20). Upon consideration of the Report and Recommendation and Plaintiff's Objections, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 18) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Motion to Remand (Doc. 15) is **DENIED**;

(3) Plaintiff is directed to file a memorandum of law in support of the allegations of the Complaint by **May 12, 2010**; and

(4) The Commissioner is directed to submit a memorandum of law in support of his position on or before **July 12, 2010**.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record