UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE KINNARD,

     Plaintiff,

v.                                            Case No. 8:09-cv-628-T-24-AEP

MICHAEL J. ASTRUE,
Commissioner of the U.S.
Social Security Administration,

     Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the U.S. Social Security Administration denying his claim for Social Security disability benefits and supplemental security income payments. (Dkt. 1.) This complaint was considered by the United States Magistrate Judge. Magistrate Judge Anthony E. Porcelli filed his Report and Recommendation, finding that the decision of the Commissioner of the U.S. Social Security Administration was in accordance with the correct legal standards and was otherwise supported by substantial evidence, and recommending that the decision be affirmed. (Dkt. 27.)

All parties were furnished copies of the Report and Recommendation on August 26, 2010, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff George Kinnard filed written objections on September 9, 2010. (Dkt. 28.) Those objections restate many of the same arguments that Plaintiff made in his petition for judicial review of the administrative decision denying him Social Security disability benefits and

supplemental security income.

Upon consideration of the Report and Recommendation, and Plaintiff's objections, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Dkt. 27) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's complaint is dismissed, and the decision of the Commissioner of the U.S. Social Security Administration is **AFFIRMED**; and

(3) The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of September, 2010.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record